IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| HEATHER NORTON, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| | * | Civil Action File No. |
| v. | * | |
| | * | |
| | * | _____ |
| APPLEBAUM & ASSOCIATES | * | |
| SOUTH, INC.; DRIVEWAY | * | |
| MAINTENANCE, INC., AAA | * | |
| DRIVEWAY MAINTENANCE, | * | |
| INC. & CARLOS ALVARADO- | * | |
| CABRERA, | * | |
| | * | |
| Defendants. | * | |

### DEFENDANTS' NOTICE OF REMOVAL
### TO THE UNITED STATES DISTRICT COURT

COME NOW Defendants Applebaum & Associates South, Inc., Driveway Maintenance, Inc., AAA Driveway Maintenance, Inc. and Carlos Alvarado-Cabrera and hereby give notice, pursuant to 28 USC § 1441, of the removal of this action from the State Court of Spalding County, Georgia, case number 11SV-316, to the United States District Court for the Northern District of Georgia, Atlanta Division, respectfully showing this Honorable Court as follows:

1.

The above-styled action was commenced in the State Court of Spalding County, Georgia, on November 3, 2011, as civil action file number 11SV-316.

Service was perfected on the Defendant Driveway Maintenance, Inc. on November 15, 2011.

2.

This Notice of Removal of the case to this United States District Court is filed by all Defendants within thirty (30) days of the first service of the Complaint on any Defendant, in accordance with the provisions of 28 USC §§ 1441 and 1446.

3.

Plaintiff states in her Complaint in paragraph number 13 that she has incurred in excess of $75,000 in medical bills as a result of a traffic accident with Defendant Carlos Alvarado-Cabrera on November 5, 2009. Accordingly, the amount in controversy in this case is in excess of $75,000.

4.

The parties to this action are Plaintiff Heather Norton, who is a resident of Clayton County, Georgia.  (See Complaint, ¶ 3.)  The Defendants are Applebaum & Associates South, Inc., Driveway Maintenance, Inc., AAA Driveway Maintenance, Inc. and Carlos Alvarado-Cabrera.  Defendants Applebaum & Associates South, Inc., Driveway Maintenance, Inc. and AAA Driveway Maintenance, Inc. are corporations organized and existing under the laws of the state of Florida.  Defendant Carlos Alvarado-Cabrera is a resident of the state of Texas.  All of the Defendants are diverse from the Plaintiff.

5.

Therefore, this action is one over which this Court has diversity of citizenship jurisdiction pursuant to 28 USC § 1332, in that: (a) the Plaintiff and all Defendants are citizens of different states, and (b) the amount in controversy has a value, exclusive of interest and costs, in excess of $75,000.

6.

Attached hereto and made a part hereof by reference are true and correct copies of the following documents filed in the State Court of Spalding County, Georgia:

1. Exhibit "A" - Complaint;

2. Exhibit "B" - Notice to the State Court of Spalding County, Georgia of the removal of this action to the United States District Court; and

3. Exhibit "C" - Summons.

7.

In compliance with 28 U.S.C. § 1446(d), defendants have given notice of the filing of this notice of removal to plaintiff by mailing a copy of this notice to her attorneys of record, James E. Peavy, Cramer & Peavy, P.O. Box 58, Griffin, GA 30224.

WHEREFORE, the removing Defendants pray that the State Court of Spalding County, Georgia proceed no further with civil action file number 11SV-

316 and that said action be and hereby is removed from the State Court of Spalding County, Georgia to the United States District Court for the Northern District of Georgia, Atlanta Division.

This 14th day of December, 2011.

/s *Brian J. Duva*
Georgia Bar No. 236046
ANDREW M. CAPOBIANCO
Georgia Bar No. 012592

MOZLEY, FINLAYSON & LOGGINS LLP
One Premier Plaza, Suite 900
5605 Glenridge Dr.
Atlanta, Georgia 30342
(404) 256-0700 (telephone)
(404) 250-9355 (facsimile)     *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2011, I electronically filed "*Defendants' Notice of Removal to the United States District Court*" with the Clerk of Court using the CM/EFC system, which will automatically send an e-mail notification of such filing to the following attorney of record:

> James E. Peavy
> P. O. Box 58
> Griffin, Georgia  30224

I hereby certify that I have also mailed by United States Postal Service the document to said counsel.  Pursuant to Local Rule 5.1 NDGa., the foregoing pleading is prepared in Times New Roman, 14 point.

This 14th day of December, 2011.

*s/ Brian J. Duva*

315090