IN THE STATE COURT OF SPALDING COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| HEATHER NORTON, | * | |
| | * | |
| Plaintiff, | * | |
| | * | Civil Action File No. |
| v. | * | |
| | * | 11SV-316 |
| APPLEBAUM & ASSOCIATES SOUTH, INC.; DRIVEWAY MAINTENANCE, INC.; AAA DRIVEWAY MAINTENANCE, INC. & CARLOS ALVARDO-CABRERA, | * * * * * * | |
| Defendants. | * | |

NOTICE TO THE STATE COURT OF
SPALDING COUNTY, GEORGIA OF THE REMOVAL
OF THE ACTION TO THE UNITED STATES DISTRICT COURT

Notice is hereby given that the Defendants in the above case have filed in the United States District Court for the Northern District of Georgia, Atlanta Division, their Notice of Removal of the above-styled civil action to the United States District in accordance with the provisions of 28 USC §§ 1441 and 1446. Attached hereto and made a part hereof are true and correct copies of the Notice of Removal and the Certificate of the Notice of Removal directed to the Plaintiff.

This 14th day of December, 2011.

Mozley, Finlayson
& Loggins LLP
A Limited Liability Partnership
One Premier Plaza
Suite 900
5605 Glenridge Drive
Atlanta, Georgia 30342



EXHIBIT B

*[signature]*
BRIAN J. DUVA
Georgia Bar No. 236046
ANDREW M. CAPOBIANCO
Georgia Bar No. 012592

MOZLEY, FINLAYSON & LOGGINS LLP
One Premier Plaza, Suite 900
5605 Glenridge Dr.
Atlanta, Georgia 30342
(404) 256-0700 (telephone)
(404) 250-9355 (facsimile)                    *Attorneys for Defendants*

Mozley, Finlayson
& Loggins LLP
A Limited Liability Partnership
One Premier Plaza
Suite 900
5605 Glenridge Drive
Atlanta, Georgia 30342

- 2 -

## CERTIFICATE OF SERVICE

This is to certify that I have this date served the "*Notice to the State Court of Spalding County, Georgia of the Removal of the Action to the United States District Court*" on all counsel of record as shown below via United States mail with proper postage to ensure delivery as follows:

James E. Peavy<br>
P. O. Box 58<br>
Griffin, Georgia 30224

This 14th day of December, 2011.

/s/ Brian J. Duva
BRIAN J. DUVA

MOZLEY, FINLAYSON & LOGGINS LLP
One Premier Plaza, Suite 900
5605 Glenridge Dr.
Atlanta, Georgia 30342
(404) 256-0700 (telephone)
(404) 250-9355 (facsimile)          *Attorneys for Defendants*

315098

Mozley, Finlayson
& Loggins LLP
A Limited Liability Partnership
One Premier Plaza
Suite 900
5605 Glenridge Drive
Atlanta, Georgia 30342

- 3 -