IN THE STATE COURT OF SPALDING COUNTY
STATE OF GEORGIA

FILED & RECORDED
CLERK, SUPERIOR COURT
SPALDING COUNTY, GA

2011 NOV 3 PM 1 33

BY ___ N. Brooks
MARCIA E. NORRIS, CLERK

HEATHER NORTON                                    *
                                                  *
                                                  *
            Plaintiff                             *
                                                  *
vs.                                               *
                                                  *        Civil Action #
APPLEBAUM & ASSOCIATES SOUTH, INC.;               *
DRIVEWAY MAINTENANCE, INC.;                       *        11SV-316
AAA DRIVEWAY MAINTENANCE, INC. &                  *
CARLOS ALVARADO-CABRERA                           *
                                                  *
            Defendants                            *
                                                  *

## COMPLAINT FOR DAMAGES

Comes now, Plaintiff and herewith files her complaint for damages against Defendants and shows to the Court the following:

### -Count 1-

-1-

The Defendant Carlos Alvarado-Cabrera is a resident of the State of Texas but is subject to the jurisdiction of this Court under the authority of O.C.G.A. 9-10-91 in that said Defendant is a non-resident of Georgia and said Defendant did commit a tortious act within Georgia on November 5, 2009.

-2-

The Defendant Carlos Alvarado-Cabrera may be personally served with a second original of the summons and complaint at his resident located at 2304 Trice Avenue, Waco, Texas 76707.

-3-

The Plaintiff is a resident of Clayton County, Georgia.

-4-

On or about November 5, 2009, the Defendant Carlos Alvarado-Cabrera while driving a 2006 Ford F-450 negligently changed lanes improperly striking the vehicle driven by the Plaintiff. The collision occurred in Spalding County, Georgia. Pursuant to O.C.G.A. 9-10-93

venue is proper in Spalding County, Georgia.

-5-

At all times relevant to this complaint, Defendant Carlos Alvarado-Cabrera was acting and operating within the scope of his employment with and at the direction of Defendants Applebaum & Associates South, Inc., Driveway Maintenance, Inc., and AAA Driveway Maintenance, Inc.

-6-

Defendant Applebaum & Associates South, Inc., Driveway Maintenance, Inc. and AAA Driveway Maintenance, Inc. are vicariously liable to the Plaintiff for the aforementioned negligence of their employee Defendant Carlos Alvarado-Cabrera.

-7-

Defendant Applebaum & Associates South, Inc. and AAA Driveway Maintenance, Inc. are foreign for profit corporations not authorized to do or transact business within this State at the time Plaintiff's claim arose and are therefore subject to the jurisdiction and venue of this court pursuant to O.C.G.A. 9-10-90, 9-10-91 and 9-10-93.

-8-

Defendant Applebaum & Associates South, Inc. and AAA Driveway Maintenance, Inc. may be served with process through their registered agent to wit: Ray C. Applebaum at 1100 NW 73rd Street, Miami, Florida 33150. In the alternative Defendant Applebaum & Associates and Defendant AAA Driveway Maintenance, Inc. may be served pursuant to O.C.G.A. 9-10-94 and 9-11-4 upon the Secretary Frederica L. Applebaum, managing agent, any officer of said corporations or other agent designated for service of process.

-9-

Defendant Driveway Maintenance, Inc. is a nonresident for profit foreign corporation not authorized to do or transact business within this state at the time Plaintiff's claim arose and is therefore subject to the jurisdiction and venue of this court pursuant to O.C.G.A. 9-10-90, 9-10-91 and 9-10-93.

-10-

Defendant Driveway Maintenance, Inc. may be served with process through its registered agent to wit: Ray C. Applebaum at 599 Fairvilla Road, Orlando, Florida 32808. In the alternative Defendant Driveway Maintenance, Inc. may be served pursuant to O.C.G.A. 9-10-94 and 9-11-4 upon the Secretary Frederica L. Applebaum, managing agent, any officer of the corporation or other agent designated for service of process. Alternate place of business for service is 677 Fairvilla Road, Orlando, Florida 32808.

-11-

Pursuant to O.C.G.A. 9-10-91, venue is proper as to Defendants Applebaum & Associates South, Inc., Driveway Maintenance, Inc. and AAA Driveway Maintenance, Inc. because the tort committed by said corporations by and through their employee occurred in Spalding County, Georgia.

-12-

The Plaintiff exercised ordinary care at all times and did nothing to contribute to the subject collision.

-13-

As a direct result and proximate cause of Defendant Carlos Alvarado-Cabrera's negligence, the Plaintiff has incurred and continues to incur pain and suffering entitling the Plaintiff to be awarded general damages based on the enlightened conscious of an impartial jury and special damages as follows:

| 11/10/09-1/19/10 | Mid Georgia Chiropractic Center | $ 2,365.00 |
|---|---|---|
| 11/17/09 | McIntosh Trail Family Practice | 150.00 |
| 12/3/09 | McIntosh Trail Family Practice | 75.00 |
| 12/16/09 | Griffin Imaging | 1,350.00 |
| 12/22/09 | McIntosh Trail Family Practice | 75.00 |
| 1/28/10 | Resurgens Orthopaedics | 256.00 |
| 5/10/10 | Resurgens Orthopaedics | 251.00 |
| 5/19/10 | Regional Medical Group | 2,586.00 |
| 7/16/10 | Resurgens Orthopaedics | 146.00 |
| 9/17/10 | Resurgens Orthopaedics | 146.00 |
| 12/01/10 | Henry Medical Center | 42,781.20 |
| 12/01/10 | Henry Anesthesia | 4,838.00 |
| 12/01/10 | Dr. Philip Ploska (surgeon fee) | 24.833.00 |
| 12/13/10 | Resurgens Orthopaedics | 137.00 |
| 12/30/10 thru 4/27/11 | Proactive PT | 2,323.00 |
| 4/14/11 | Resurgens Orthopaedics | 208.00 |
| 7/18/11 | Resurgens Orthopaedics | 251.00 |

Plaintiff reserves the right to supplement prior to entry of the pretrial order.

-14-

The Defendants have been stubbornly litigious and has caused the Plaintiff unnecessary expense in having to file this action and is therefore, entitled to attorneys' fees and expenses

pursuant to O.C.G.A. 13-6-11.

### -Count 2-

Plaintiff incorporates paragraphs 3, 4, 5, 6, 12, 13 and 14 under Count 1 into Count 2 of Plaintiff's Complaint for Damages by specific reference.

-15-

The Defendant Carlos Alvarado-Cabrera is a resident of Texas.

-16-

Pursuant to O.C.G.A. 40-12-3 venue shall be brought in the county in which the accident or injury occurred. The subject wreck occurred in Spalding County.

-17-

Defendant Carlos Alvarado-Cabrera is now and was at the time the claim which is the subject matter of this complaint arose, a resident of Texas. Defendant now resides to the best of Plaintiff's belief at:

> 2304 Trice Avenue
> Waco, Texas 76707

Defendant Carlos Alvarado-Cabrera is subject to the jurisdiction of this Court under the authority of O.C.G.A. 40-12-1 et seq, and may be served with process by serving the Secretary of the State of Georgia, as agent, as provided by said laws.

-18-

Jurisdiction and venue are proper.

-19-

On or about November 5, 2009, the Defendant Carlos Alvarado-Cabrera a nonresident motorist while driving a 2006 Ford F-450 negligently changed lanes improperly striking the vehicle driven by the Plaintiff. The collision occurred in Spalding County, Georgia. Pursuant to O.C.G.A. 40-12-3 venue is proper in Spalding County, Georgia.

-20-

As a direct result and proximate cause of Defendant Carlos Alvarado-Cabrera's negligence, the Plaintiff was injured.

-21-

Defendant Applebaum & Associates South, Inc., Driveway Maintenance, Inc. and AAA Driveway Maintenance, Inc. were nonresident foreign corporations at the time of the subject collision caused by their employee Defendant Carlos Alvarado-Cabrera in Spalding County and jurisdiction and venue are proper as to said Defendants pursuant to O.C.G.A. 40-12-1, 40-12-and 40-12-3.

-22-

Defendant Applebaum & Associates South, Inc. and AAA Driveway Maintenance, Inc. have as registered agent Ray C. Applebaum with address listed as 1100 NW 73rd Street, Miami, Florida 33150. Said Defendants are subject to the jurisdiction of this court under the authority of O.C.G.A. 40-12-1 et seq., and may be served with process by serving the Secretary of State of Georgia, as agent, as provided by law.

-23-

Defendant Driveway Maintenance, Inc. has as registered agent Ray C. Applebaum with address listed as 599 Fairvilla Road, Orlando, Florida 32808. Said Defendant is subject to the jurisdiction of this court under the authority of O.C.G.A. 40-12-1 et seq., and may be served with process by serving the Secretary of State of Georgia, as agent, as provided by law.

-Count 3-

-24-

Defendant Applebaum & Associates South, Inc., Driveway Maintenance, Inc. and AAA Driveway Maintenance, Inc. are foreign for profit corporations authorized to do or transact business in Georgia and may be served with a copy of the summons and complaint upon their registered agent Ray C. Applebaum pursuant to O.C.G.A. 14-2-1510.

-25-

Pursuant to O.C.G.A. 14-2-510, venue is proper as to Defendant Applebaum & Associates South, Inc., Driveway Maintenance, Inc. and AAA Driveway Maintenance, Inc. because the tort committed by said Defendants occurred in Spalding County, Georgia.

-26-

Jurisdiction and venue are proper.

-27-

Defendant incorporates herein by specific reference the allegations contains in Paragraphs

*Complaint (last 2 paragraphs)*

27. Defendant incorporates herein by specific reference the allegations contained in Paragraphs 4, 5, 6, 12 and 13 of Court 1 of Plaintiff's Complaint and Paragraphs 22 and 23 of Count II of Plaintiff's Complaint.

28. If after reasonable diligence the registered agent cannot be served, defendant Applebaum and Associates South Inc., Driveway Maintenance, and AAA Driveway Inc. may be served by registered or certified mail, statutory overnight delivery, return receipt requested, addressed to an officer of the companies at its principal office shown in its annual registration coupled with serving a copy of the process upon the Secretary of State and $10 filing fee pursuant to OCGA §14-2-1510.

Signed by:

Cramer & Peavy
James E. Peavy

One verified return of service to AAA Driveway C/O Ray Applebaum and another verified return of service to Applebaum & Associates South, Inc. – actual service to both on November 5, 2011 by Agency for Civil Enforcement Corp. out of Florida.  The Court stamped and filed on docket these 2 verified return of service on December 5, 2011.

November 7th Affidavit of Service served on Driveway Maintenance by Agency for Civil Enforcement Corp. out of Florida. No address listed. Dec. 19 – Affidavit of Service actually docketed.

Nov. 9th – Affidavit of Service served on Driveway Maintenance by Agency for Civil Enforcement Corp. out of Florida to 599 Fair Villa Road in Orlando, FL.
Dec. 19 – Affidavit of Service actually docketed.

Dec. 14th – Acknowledgement of Service by all defendants including Carlos Alvardo Cabrea from the Secretary of State, Brian Kemp.

Dec. 15 – Answer of all Defendants docketed.

Dec. 15 – Notice of Removal to higher court docketed.

SUMMONS                          SC-85-1

Clyde Castleberry Co., Covington, GA 30015

## IN THE SUPERIOR/STATE COURT OF _____Spalding_____ COUNTY
### STATE OF GEORGIA

Heather Norton

CIVIL ACTION NUMBER _____11SV-316_____

_____

_____

PLAINTIFF

VS.

Applebaum / Associates South, Inc.;
Driveway Maintenance, Inc.; AAA Driveway
Maintenance, Inc. and Carlos Alvarado-Cabrera

DEFENDANT

BY
MARCIA L. HARRIS CLERK
A. Smith
2011 NOV 3 PM 1 33
FILED & RECORDED
CLERK, SUPERIOR COURT
SPALDING COUNTY, GA

## SUMMONS

AAA Driveway Maintenance, Inc.

**TO THE ABOVE NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

**CRAMER AND PEAVY**
Attorneys at Law
P.O. Box 58
Griffin, Georgia 30224

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This 3rd day of Nov., 20 11.

Clerk of Superior/State Court

BY _____Marcia L. Harris_____

~~Deputy~~ Clerk

INSTRUCTIONS: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.