IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| HEATHER NORTON, )<br>)<br>Plaintiff, )<br>) CAFN: 3:11-CV-00198-TCB<br>vs. )<br>)<br>APPLEBAUM & ASSOCIATES )<br>SOUTH, INC.; DRIVEWAY )<br>MAINTENANCE, INC.; AAA )<br>DRIVEWAY MAINTENANCE, INC. & )<br>CARLOS ALVARADO-CABRERA, )<br>)<br>Defendant. )<br>_____ ) | |

## DISMISSAL WITH PREJUDICE

COMES NOW, the above Plaintiff, and hereby dismisses this lawsuit with prejudice.

Respectfully submitted this 14th day of February, 2013.

                      THE BAUM LAW FIRM

                      */s/ David E. Baum*
                      David E. Baum, Esq.
                      Georgia Bar No. 042430
                      Attorney for Plaintiff Heather Norton

1570 Warsaw Road
Roswell, Georgia 30076
(678) 795-1304

IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| HEATHER NORTON, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | CAFN: 3:11-CV-00198-TCB |
| vs. ) | |
| ) | |
| APPLEBAUM & ASSOCIATES ) | |
| SOUTH, INC.; DRIVEWAY ) | |
| MAINTENANCE, INC.; AAA ) | |
| DRIVEWAY MAINTENANCE, INC. & ) | |
| CARLOS ALVARADO-CABRERA, ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

## **CERTIFICATE OF SERVICE**

This is to certify that on February 14, 2013, I electronically filed the Plaintiff's Dismissal With Prejudice using the CM/ECF system, which will automatically send email notification of such filing to the Plaintiffs' attorneys of record:

Brian J. Duva, Esq.
Mozely, Finalyson & Loggins, LLP
One Premier Plaza, Suie 900
5605 Glendridge Drive
Atlanta, Georgia 30342

This 14th of February, 2013.

                                          **THE BAUM LAW FIRM**

                                          */s/ David E. Baum*
                                          David E. Baum, Esq.
                                          Attorney for Plaintiff
                                          Georgia Bar Number 042430

1570 Warsaw Road
Roswell, Georgia 30076
(678) 795-1304
(678) 795-1308/facsimile