IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| HEATHER NORTON,        ) | |
|        ) | |
|   Plaintiff,        ) | |
|        ) | CIVIL ACTION FILE |
| v.        ) | |
|        ) | NUMBER 3:11-cv-198-TCB |
| APPLEBAUM & ASSOCIATES        ) | |
| SOUTH, INC., et al.,        ) | |
|        ) | |
|   Defendants.        ) | |

## **O R D E R**

On February 14, 2013, Plaintiff's counsel filed a notice of voluntary dismissal [33]. At this stage of the proceedings, Federal Rule of Civil Procedure 41(1)(A)(ii) requires that a notice of dismissal be signed by all parties who have appeared in order to dismiss the case. Defendants have not signed the notice. However, pursuant to Rule 41(a)(2), the Court may enter an order approving the voluntary dismissal. The Court contacted defense counsel via telephone and confirmed that Defendants consent to the notice of dismissal with prejudice.

Accordingly, this case is hereby DISMISSED WITH PREJUDICE.

The Clerk is DIRECTED to close this case.

IT IS SO ORDERED this 15th day of February, 2013.

*[signature]*

Timothy C. Batten, Sr.
United States District Judge